**Arizona LOGAN, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–Forrest City; Crystal Normant, Assistant Warden, FCI–Forrest City; Michel Breckon, FCI–Forrest City; Billy Andrews, FCI–Forrest City; Annita Ford, FCI–Forrest City; Jill Dube–Gilley, FCI–Forrest City; Jane/John Does, FCI–Forrest City; USA; Brent Thrash, originally sued as Brandon Thrash, Appellees.**

No. 11–3293.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 28, 2012.

Filed: April 5, 2012.

Arizona Logan, Forrest City, AR, pro se.

Linda B. Lipe, U.S. Attorney's Office, Little Rock, AR, for Appellees.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arizona Logan appeals the district court's [1] denial of his motion for appointment of counsel; and its judgment dismissing his case, in part without prejudice. After careful consideration, we conclude that the court's disposition was proper and we find no abuse of discretion in the denial of counsel. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.